UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| KEVIN PINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 4:23-cv-00158-AWA-DEM |
| WILLIAM J. BURNS, | ) ) ) |
| Defendant. | ) ) |

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Summons, Complaint, and Civil Cover Sheet in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 11th day of March 2024, via certified mail on Defendant, William J. Burns, Director, Central Intelligence Agency at the following address:

> Litigation Division
> Office of General Counsel
> Central Intelligence Agency
> Washington, D.C. 20505

*See* Exhibit 1 (U.S. Postal Service Tracking Information showing that the Complaint, Summons, and Civil Cover Sheet were served on Defendant on March 11, 2024).

March 19, 2024

Respectfully submitted,

/s/ LENORE C. GARON
LENORE C. GARON
VSB # 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043
Phone: 703-534-6662

1

2

Fax: 703-534-4448
lenore@lenorecgaron.com
*Attorney for Plaintiff*


 /s/ DANIEL K. GEBHARDT
DANIEL K. GEBHARDT
(D.C. Bar No. 975703)
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036
Phone: 866-833-3529
Fax: 202-688-1896
dgebhardt@fedemploylaw.com
*Attorney for Plaintiff*
*(admitted pro hac vice)*

2