UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

JACK P. DeJESUS,

       Plaintiff,

v.                                         Civil Action No. 4:23-cv-158

WILLIAM J. BURNS,
Director, Central Intelligence Agency,

       Defendant.

## NOTICE OF FILING

The PCRB having on July 12, 2024, approved the filing of Plaintiff's Complaint as originally drafted, with the exception of the substitution of a pseudonym for Plaintiff's true name, Plaintiff herewith files his Complaint pursuant to the Order of this Court, Docket No. 23.

Dated: July 19, 2024                                  Respectfully submitted,

/s/ LENORE C. GARON
LENORE C. GARON
VSB #39934
2412 Falls Place Court
Falls Church, VA 22043
Phone: 703-534-6662
Fax: 703-534-4448
lenore@lenorecgaron.com

DANIEL K. GEBHARDT
DC Bar #975703
ARIEL E. SOLOMON
NY Bar #513354
WILLIAM C. SMITH, JR.
MD Bar #1106150245
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036
Phone: 866-833-3529
Fax: 202-688-1896
dgebhardt@fedemploylaw.com

1

asolomon@fedemploylaw.com
wsmith@fedemploylaw.com
*Admitted pro hac vice*

Attorneys for Plaintiff

2