**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

JACK P. DeJESUS,

        Plaintiff,

    v.                            Civil Action No. 4:23-cv-158

WILLIAM J. BURNS,
Director, Central Intelligence Agency,

        Defendant.

## <u>NOTICE</u>

    Plaintiff hereby notifies Defendant and the Court that, pursuant to the Court's Order

(Docket No. 23), he is today submitting to the PCRB a Response to Defendant's Motion To Seal

Plaintiff's Notice of Filing (ECF No. 27).


Dated: July 19, 2024                    Respectfully submitted,

/s/ LENORE C. GARON
LENORE C. GARON
VSB #39934
2412 Falls Place Court
Falls Church, VA 22043
Phone: 703-534-6662
Fax: 703-534-4448
lenore@lenorecgaron.com

DANIEL K. GEBHARDT
DC Bar #975703
ARIEL E. SOLOMON
NY Bar #513354
WILLIAM C. SMITH, JR.
Maryland Bar #1106150245
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036
Phone: 866-833-3529
Fax: 202-688-1896
dgebhardt@fedemploylaw.com

1

asolomon@fedemploylaw.com
wsmith@fedemploylaw.com
*Admitted pro hac vice*

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice was served this 19th day of July 2024

upon the counsel of record named below through the Court's ECF/CM electronic filing system:

Daniel P. Shean
Assistant U.S. Attorney
Office of the Unites States Attorney 101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671

/s/ Lenore C. Garon
LENORE C. GARON