UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**

    **Plaintiff,**

v.                                          Civil Action No. 4:23-cv-158

**WILLIAM J. BURNS, Director,**
**Central Intelligence Agency,**

    **Defendant.**

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the entire record, it is hereby ORDERED that Plaintiff's Motion is **GRANTED** and it is **FURTHER ORDERED** that Plaintiff shall submit his response to Defendant's Motion to Dismiss to the PCRB by October 11, 2024 and that Defendant shall file any reply within two weeks after Plaintiff's response is filed in this Court following PCRB review.

**No further extensions will be granted without a hearing.**

It is so **ORDERED**.

                                                                 /s/
                                                       Douglas E. Miller
                                                       United States Magistrate Judge

9/25/24
Date

                                                       Douglas E. Miller
                                                       United States Magistrate Judge