UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| KEVIN REAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:23-cv-158 |
| ) | |
| WILLIAM J. BURNS, Director, ) | |
| Central Intelligence Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE**

Plaintiff hereby notifies Defendant and the Court that, pursuant to the Court's Order (Docket No. 50), he is today submitting to the PCRB Plaintiff's Opposition to Defendant's Motion To Dismiss and Plaintiff's Memorandum of Points and Authorities In Opposition to Defendant's Motion to Dismiss (Docket Nos. 44 and 45).

Dated:  October 11, 2024
/s/ LENORE C. GARON

LENORE C. GARON
VSB # 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043
Phone: 703-534-6662
Fax: 703-534-4448
Lenore@lenorecgaron.com

*Attorney for Plaintiff*

/s/ DANIEL K. GEBHARDT
DANIEL K. GEBHARDT
*Admitted Pro Hac Vice*
(D.C. Bar No. 975703)
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.

1

Suite 1000
Washington, DC 20036
Phone: 866-833-3529
Fax: 202-688-1896
dgebhardt@fedemploylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served on this 11th day of October 2024, via electronic filing using this Court's CM/ECF system, on Defendant:

Daniel P. Shean, Assistant U.S. Attorney
Virginia State Bar No. 84432
Counsel for Defendant
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671

Email: daniel.shean@usdoj.gov

/s/ Lenore C. Garon
Lenore C. Garon