UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| KEVIN REAGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:23-cv-158 |
| | ) |
| WILLIAM J. BURNS, Director, | ) |
| Central Intelligence Agency, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

Upon consideration of Defendant's Motion to Dismiss, Plaintiff's Opposition to Defendant's Motion to Dismiss, and the entire record, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED**.

_____     _____
Date                                           Arenda L. Wright Allen
                                                    United States District Judge