IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**
    *Plaintiff*,

v.        Civil Action No. 4:23-cv-158

**WILLIAM J. BURNS, Director,**
**Central Intelligence Agency,**
    *Defendant*.

## DEFENDANT'S NOTICE TO THE COURT

Pursuant to the Court's Procedure for Civil Motions (ECF No. 7-1), Defendant, William J. Burns, Director, Central Intelligence Agency, respectfully advises the Court that the parties have conferred concerning the need for oral argument on Defendant's Motion to Dismiss (ECF Nos. 44, 45). Defendant takes the position that Defendant's Motion may be decided on the briefs alone, without oral argument, because the facts and legal arguments are adequately presented in the materials before the Court. Plaintiff intends to request oral argument on Defendant's Motion.

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/ *Daniel P. Shean*
Daniel P. Shean, Assistant U.S. Attorney
  Virginia State Bar No. 84432
Counsel for Defendant
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Email: daniel.shean@usdoj.gov