UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| KEVIN REAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:23-cv-158 |
| ) | |
| WILLIAM J. BURNS, Director, ) | |
| Central Intelligence Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Plaintiff Kevin Reagan, by and through undersigned counsel, hereby requests oral argument on Defendant's Motion to Dismiss (ECF Nos. 44, 45), as was indicated in Defendant's Notice to the Court dated November 18, 2024 (ECF 54).

Dated: November 21, 2024

Respectfully submitted,

/s/ LENORE C. GARON
LENORE C. GARON
VSB # 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043
Phone: 703-534-6662
Fax: 703-534-4448
lenore@lenorecgaron.com

*Attorney for Plaintiff*

/s/ DANIEL K. GEBHARDT
DANIEL K. GEBHARDT
*Admitted Pro Hac Vice*
(D.C. Bar No. 975703)
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036

Phone: 866-833-3529
Fax: 202-688-1896
dgebhardt@fedemploylaw.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Request for Oral Argument, and a proposed order, was served on this 21st day of November 2024 via electronic filing using this Court's CM/ECF system, on Defendant:

Daniel P. Shean, Assistant U.S. Attorney
Virginia State Bar No. 84432
Counsel for Defendant
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671

Email: daniel.shean@usdoj.gov

/s/ Lenore C. Garon
Lenore C. Garon