UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**

      **Plaintiff,**

      v.                              Civil Action No. 4:23-cv-158

**WILLIAM J. BURNS, Director,**
**Central Intelligence Agency,**

      **Defendant.**

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiff Kevin Reagan, by and through undersigned counsel, with Defendant's consent, hereby moves for an extension of 14 days, up to and including May 16, 2025, to submit his mended Complaint to the Agency's Prepublication Classification Review Board (PCRB), followed by filing the amended complaint in this Court after PCRB review, and Plaintiff states as follows:

1. On March 18, 2025, the Court issued an Order (ECF 56) which granted Defendant's Motion to Dismiss (ECF 44), dismissed the Complaint without prejudice, and provided Plaintiff with leave to amend his Complaint within 45 days, *i.e.*, by May 2, 2025. Plaintiff seeks a two-week extension of this deadline, *i.e.*, until May 16, 2025, to submit his amended Complaint to the PCRB for review. Plaintiff's counsel needs more time to confer with Plaintiff and file the amended Complaint.

2. At this time, Plaintiff's counsel is unusually busy due to many current litigation deadlines. For instance, since March 18, 2025, Plaintiff's lead counsel Daniel Gebhardt has been busy drafting and filing oppositions to dispositive motions, appellate briefs in the EEOC and MSPB, and handling many other matters and obligations in many cases, including depositions,

discovery disputes, mediations, etc. Mr. Gebhardt has also been busy preparing for an in-person DOHA hearing on May 5, 2025. Further, with the change in administration, Mr. Gebhardt's firm has seen an influx of new and existing clients seeking advice and guidance on matters pertaining to their federal employment. Mr. Gebhardt's days are unusually long and extremely busy at this time.

3. In addition, Plaintiff's counsel Ariel Solomon has been out of the office due to a family emergency; Plaintiff's counsel William Smith has been out of the office due to his obligations as a state senator in Maryland during the recent legislative session, as well as his upcoming military orders starting on May 5, 2025; and Plaintiff's (local) counsel Lenore Garon is out of the office on May 3, 2025.

4. Plaintiff's counsel Daniel Gebhardt has conferred with Defendant's counsel concerning this Motion, and Defendant consents to this extension Motion.

5. This is Plaintiff's first extension request regarding the amended complaint deadline. Good cause exists to grant this extension request, and it will not prejudice either party.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Court grant this Motion and extend the deadline for Plaintiff's submission of an amended complaint to the PCRB by two weeks, i.e., until May 16, 2025, followed by filing the approved amended complaint in this Court subsequent to PCRB review. A proposed order is attached.

Dated: April 30, 2025                                          Respectfully submitted,

/s/ LENORE C. GARON
LENORE C. GARON
VSB # 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043

>Phone: 703-534-6662
>Fax: 703-534-4448
>Lenore@lenorecgaron.com
>
>*Attorney for Plaintiff*
>
>/s/ DANIEL K. GEBHARDT
>DANIEL K. GEBHARDT
>*Admitted Pro Hac Vice*
>(D.C. Bar No. 975703)
>Solomon Law Firm, PLLC
>1025 Connecticut Avenue, N.W.
>Suite 1000
>Washington, DC 20036
>Phone: 866-833-3529
>Fax: 202-688-1896
>dgebhardt@fedemploylaw.com
>
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Consent Motion for Extension of Time to File Amended Complaint, and a proposed order, was served on this 30th day of April 2025, via electronic filing using this Court's CM/ECF system, on Defendant:

Daniel P. Shean, Assistant U.S. Attorney
Virginia State Bar No. 84432
Counsel for Defendant
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671

Email: daniel.shean@usdoj.gov

>/s/ Lenore C. Garon
>Lenore C. Garon

3