UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**

    **Plaintiff,**

    v.                                                 Civil Action No. 4:23-cv-158

**WILLIAM J. BURNS, Director,**
**Central Intelligence Agency,**

    **Defendant.**

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Amended Complaint, and the entire record, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**; and it is **FURTHER ORDERED** that Plaintiff shall submit his amended complaint to the PCRB by May 16, 2025.

It is so **ORDERED**.

_____                    _____
   Date                                             Douglas E. Miller
                                                  United States Magistrate Judge