UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| KEVIN REAGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM J. BURNS, Director, Central Intelligence Agency,<br><br>    Defendant. | Civil No. 4:23cv158 |

### **ORDER**

Pending before the Court is Plaintiff's Consent Motion for Extension of Time to File an Amended Complaint (the "Consent Motion") filed by Plaintiff Kevin Reagan ("Plaintiff" or "Mr. Reagan"). Mot., ECF No. 57. On March 18, 2025, this Court issued an Order granting Defendant's Motion to Dismiss (ECF No. 44), dismissing the Complaint without prejudice, and providing Plaintiff with leave to amend his Complaint within forty-five (45) days. Order, ECF No. 56. Plaintiff's Consent Motion now requests an additional fourteen (14) days to submit his amended complaint to the Central Intelligence Agency's Prepublication Classification Review Board ("PCRB"), noting that Plaintiff's counsel has been unusually busy due to several litigation deadlines. Mot., ECF No. 57. Furthermore, Plaintiff states that Defendant consents to the motion for extension of time.[1] *Id.*

---

[1] The Court notes that its March 18, 2025 Order provided Plaintiff with 45 days to submit his amended complaint to *this Court*, not to the PCRB; Plaintiff is therefore

1

Upon due consideration and for good cause shown, the Consent Motion (ECF No. 57) is **GRANTED**. It is hereby **ORDERED** that:

1. By no later than May 16, 2025, Plaintiff shall submit his proposed amended complaint to the PCRB and, on the same date, file a notice with the Court advising of his submission to the PCRB.
2. Within twenty-one (21) days of receipt of Plaintiff's proposed amended complaint, the PCRB shall return the same to Plaintiff in a form suitable for public filing.
3. Within three (3) days of the PCRB's response, Plaintiff shall file with the Court a version of his responsive filing that, as confirmed by the PCRB, is suitable for public filing.

The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

May 1, 2025
Norfolk, Virginia

---

requesting significantly longer than a 14-day extension. However, given that Defendant consents to the motion, the Court is inclined to grant the extension.