UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**

    **Plaintiff,**

    v.                                        Civil Action No. 4:23-cv-158

**WILLIAM J. BURNS, Director,
Central Intelligence Agency,**

    **Defendant.**

## NOTICE

Plaintiff hereby notifies Defendant and the Court that, pursuant to the Court's Order (Docket No. 58), he is today submitting to the PCRB Plaintiff's Amended Complaint.

Dated: May 16, 2025

/s/ LENORE C. GARON
LENORE C. GARON
VSB # 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043
Phone: 703-534-6662
Fax: 703-534-4448
lenore@lenorecgaron.com
*Attorney for Plaintiff*

/s/ DANIEL K. GEBHARDT
DANIEL K. GEBHARDT
*Admitted Pro Hac Vice*
(DC Bar # 975703)
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036
Phone: 866-833-3529
Fax: 202-688-1896
dgebhardt@fedemploylaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice was served on this 11th day of May 16, 2025, via electronic filing using this Court's CM/ECF system, on Defendant:

Daniel P. Shean, Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Email: daniel.shean@usdoj.gov
*Attorney for Defendant*

                                       /s/ Lenore C. Garon
                                       Lenore C. Garon