**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**KEVIN REAGAN,**
    *Plaintiff*,

v.                                                         **Civil Action No. 4:23-cv-158**

**JOHN RATCLIFFE, Director,**
**Central Intelligence Agency,**
    *Defendant.*

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

    Defendant, John Ratcliffe, Director, Central Intelligence Agency, respectfully moves to dismiss Plaintiff's Amended Complaint (ECF No. 60) for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).   The grounds for Defendant's Motion are set forth in Defendant's accompanying Memorandum of Law, which is incorporated herewith.

               Respectfully submitted,

               JOHN RATCLIFFE, Director
               Central Intelligence Agency

               ERIK S. SIEBERT
               United States Attorney

By:  _/s/ Daniel P. Shean_
               Daniel P. Shean, Assistant U.S. Attorney
                Virginia State Bar No. 84432
               Counsel for Defendant
               Office of the United States Attorney
               101 West Main Street, Suite 8000
               Norfolk, Virginia 23510-1671
               Telephone: (757) 441-6331
               Facsimile: (757) 441-6689
               Email: daniel.shean@usdoj.gov