UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**

      **Plaintiff,**

    v.                                  Civil Action No. 4:23-cv-158

**WILLIAM J. BURNS, Director,**
**Central Intelligence Agency,**

      **Defendant.**

## NOTICE

Plaintiff hereby notifies Defendant and the Court that, pursuant to the Court's Order (Dkt. 23), he is today submitting to Defendant's Prepublication Classification Review Board (PCRB) an extension motion and proposed order, seeking an extension of the deadline for his response to Defendant's motion to dismiss (Dkt. 61) by three weeks, *i.e.*, until July 17, 2025.

Dated: June 20, 2025

Respectfully submitted,

/s/ LENORE C. GARON
LENORE C. GARON
VSB # 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043
Phone: 703-534-6662
Fax: 703-534-4448
Lenore@lenorecgaron.com

Attorney for Plaintiff

/s/ DANIEL K. GEBHARDT
DANIEL K. GEBHARDT
*Admitted Pro Hac Vice*
(D.C. Bar No. 975703)
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000

1

>Washington, DC 20036
>Phone: 866-833-3529
>Fax: 202-688-1896
>dgebhardt@fedemploylaw.com
>
>Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served on this 20th day of June 2025, via electronic filing using this Court's CM/ECF system, on Defendant:

Daniel P. Shean, Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Email: daniel.shean@usdoj.gov
*Attorney for Defendant*

>/s/ Lenore C. Garon
>Lenore C. Garon