UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**

    **Plaintiff,**

v.                                      Civil Action No. 4:23-cv-158

**WILLIAM J. BURNS, Director,**
**Central Intelligence Agency,**

    **Defendant.**

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the entire record, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**; and it is **FURTHER ORDERED** that Plaintiff shall submit his response to Defendant's motion to dismiss (Dkt. 61) to the PCRB by July 17, 2025.

It is so **ORDERED**.

_____        _____
   Date                                                  Douglas E. Miller
                                             United States Magistrate Judge