UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

KEVIN REAGAN,

        Plaintiff,

v.                                                                    Action No. 4:23cv158

JOHN RATCLIFFE, Director,
Central Intelligence Agency

        Defendant.

## O R D E R

On consideration of plaintiff's unopposed motion for extension of time to respond to defendant's motion to dismiss and the entire record, it is hereby **ORDERED** that plaintiff's motion, ECF No. 64, is **GRANTED**. Therefore, it is further **ORDERED** that plaintiff shall submit his response to defendant's motion to dismiss, ECF No. 61, to the Central Intelligence Agency's Prepublication Classification Review Board **not later than July 17, 2025**.

The Clerk is **DIRECTED** to send a copy of this order to all counsel of record.

**IT IS SO ORDERED.**

                                        _____
                                          Robert J. Krask
                                 United States Magistrate Judge

Norfolk, Virginia
June 25, 2025