UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**

**Plaintiff,**

    v.                                              Civil Action No. 4:23-cv-158

**JOHN RATCLIFFE, Director,**
**Central Intelligence Agency,**

**Defendant.**

## NOTICE

Plaintiff hereby notifies Defendant and the Court that, pursuant to the Court's Order (Dkt. 23), he is today submitting to Defendant's Prepublication Classification Review Board (PCRB) his Opposition to Defendant's Motion To Dismiss his Amended Complaint, together with a Memorandum of Points and Authorities in Opposition and a proposed Order.

Dated: July 17, 2025

                                                                         Respectfully submitted,

                                                                         <u>/s/ LENORE C. GARON</u>
                                                                         LENORE C. GARON
                                                                         VSB # 39934
                                                                         Law Office of Lenore C. Garon, PLLC
                                                                         2412 Falls Place Court
                                                                         Falls Church, VA 22043
                                                                         Phone: 703-534-6662
                                                                         Fax: 703-534-4448
                                                                         lenore@lenorecgaron.com

                                                                         *Attorney for Plaintiff*

                                                                         /s/ DANIEL K. GEBHARDT
                                                                         DANIEL K. GEBHARDT
                                                                         Admitted Pro Hac Vice
                                                                         (D.C. Bar No. 975703)
                                                                         Solomon Law Firm, PLLC

        1025 Connecticut Avenue, N.W., Suite 1000
        Washington, DC 20036
        Phone: 866-833-3529
        Fax: 202-688-1896
        dgebhardt@fedemploylaw.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served on this 17th day of July 2025, via electronic filing using this Court's CM/ECF system, on Defendant:

Daniel P. Shean, Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Email: daniel.shean@usdoj.gov
Attorney for Defendant

        /s/ Lenore C. Garon
        Lenore C. Garon