# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| KEVIN REAGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:23-cv-158 |
| JOHN RATCLIFFE, Director,<br>Central Intelligence Agency, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 61), Plaintiff's Opposition to Defendant's Motion, and the entire record, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED**.

_____   _____
Date                                  Arenda L. Wright Allen
                                      United States District Judge