UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**
*Plaintiff*,

v.                                                              Civil Action No. 4:23-cv-158

**JOHN RATCLIFFE, Director,**
**Central Intelligence Agency,**
*Defendant*.

## ORDER

This matter is before the Court on Defendant's Consent Motion for Extension of Time to file a reply brief in support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint. Defendant requests a seven (7) day extension of time to permit Defendant to file his reply brief on or before August 11, 2025. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 7(I), Respondent's Motion for Extension of Time is **GRANTED**. Defendant shall file his reply brief in support of his Motion to Dismiss Plaintiff's Amended Complaint on or before August 11, 2025.

It is so **ORDERED**.

This _____ day of _____, 2025 at Norfolk, Virginia

_____
U.S. MAGISTRATE JUDGE