# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

| | |
|---|---|
| KEVIN REAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:23-cv-158 |
| ) | |
| WILLIAM J. BURNS, Director, ) | |
| Central Intelligence Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE RE PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Plaintiff Kevin Reagan, by and through undersigned counsel, hereby requests oral argument on Defendant's Motion to Dismiss Amended Complaint (ECF Nos. 61, 62). Plaintiff's understanding is that Defendant is not requesting oral argument.

Dated: August 20, 2025

Respectfully submitted,

/s/ LENORE C. GARON
LENORE C. GARON
VSB # 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043
Phone: 703-534-6662
Fax: 703-534-4448
lenore@lenorecgaron.com

*Attorney for Plaintiff*

/s/ DANIEL K. GEBHARDT
DANIEL K. GEBHARDT
*Admitted Pro Hac Vice*
(D.C. Bar No. 975703)
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000

                        Washington, DC 20036
                        Phone: 866-833-3529
                        Fax: 202-688-1896
                        dgebhardt@fedemploylaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Request for Oral Argument was served on this 20th day of August 2025 via electronic filing using this Court's CM/ECF system, on Defendant:

Daniel P. Shean, Assistant U.S. Attorney
Virginia State Bar No. 84432
Counsel for Defendant
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671

Email: daniel.shean@usdoj.gov

                        /s/ Lenore C. Garon
                        Lenore C. Garon