UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KEVIN REAGAN,**
   *Plaintiff*,

  v.          CIVIL ACTION NO. 4:23-cv-158

**JOHN RATCLIFFE, Director,**
**Central Intelligence Agency,**
   *Defendant*.

## NOTICE TO THE COURT REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to the Court's Procedure for Civil Motions (ECF No. 7-1), Defendant, John Ratcliffe, Director, Central Intelligence Agency, respectfully advises the Court that the parties have conferred concerning the need for oral argument on Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF Nos. 61, 62). Plaintiff has requested oral argument on Defendant's Motion. *See* ECF No. 71. Defendant takes the position that Defendant's Motion may be decided on the briefs alone, without oral argument, because the facts and legal arguments are adequately presented in the materials before the Court.

[*Signature page to follow*.]

Respectfully submitted,

JOHN RATCLIFFE, Director
Central Intelligence Agency

ERIK S. SIEBERT
United States Attorney

By:   /s/ *Daniel P. Shean*
      Daniel P. Shean, Assistant U.S. Attorney
       Virginia State Bar No. 84432
      Counsel for Defendant
      Office of the United States Attorney
      101 West Main Street, Suite 8000
      Norfolk, Virginia 23510-1671
      Telephone: (757) 441-6331
      Facsimile: (757) 441-6689
      Email: daniel.shean@usdoj.gov