# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

**KEVIN REAGAN,**

      **Plaintiff,**

v.                                               Case No. 4:23cv158

**JOHN RATCLIFFE,**
**Director, Central Intelligence Agency**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court**. This action came for decision before the Court. The issues have been considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, that the Defendant's Motion to Dismiss (ECF No. 61) is GRANTED. The Amended Complaint is DISMISSED with prejudice.

DATED: December 31, 2025                                     FERNANDO GALINDO, Clerk

                                                                    By: _____/s/_____
                                                                      B. Cornwell, Deputy Clerk